COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: SHAKEISHA BANNER          CASE NO: 00-4005-SNOW
AUSA: BERTHA MITRANI - *pres*    ATTY: _____
AGENT: SS                        VIOL: 18:371; 513(a); 1344
PROCEEDING I/A ON COMPLAINT      RECOMMENDED BOND: 5,000 10% / ~~50,000 CSB~~
BOND HEARING HELD - yes/no       COUNSEL APPOINTED: *David Hodge*
       BOND SET @ 50,000 PSB + 5,000 10%
       SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS / x's a (wk)/month by phone; / x's a wk/(month) in person
3) Travel ~~extended~~ *restricted* to: SD/FL

*Deft advised of charges - sworn for apptmt of counsel - 10% to be posted by 4:30 p.m. Tuesday. deft allowed released*

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN: 1-24   // BSS
                         REMOVAL HRG:
                         STATUS CONF:

Date: 1-14-00   Time 2:00PM   FTL/LSS TAPE #00- 004   Begin: 1275   End: