# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ) CASE NUMBER: CR 00-4005-SNOW
Plaintiff )
)
-vs- ) REPORT COMMENCING CRIMINAL
) ACTION
Shakeisha Banner )
Defendant ) 55144-004

---

TO: CLERK'S OFFICE   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
U.S. DISTRICT COURT      (circle one)

FILED by __ D.C.
JAN 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
SD OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

---

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A

(1) DATE AND TIME OF ARREST: 1-14-00   10:30   (a.m.)/p.m.

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: 18 USC 371, 18 USC 1344
    18 USC 513 (a)

(4) UNITED STATES CITIZEN:   ( )YES   ( )NO   (X)UNKNOWN

(5) DATE OF BIRTH: 10-03-79

(6) TYPE OF CHARGING DOCUMENT (CHECK ONE)
[ ] INDICTMENT   [X] COMPLAINT   CASE #_____
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: _____
COPY OF WARRANT LEFT WITH BOOKING OFFICER?   [ ]YES   [ ]NO

AMOUNT OF BOND: $_____   WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: _____   ARRESTING OFFICER: SA-Jose Lopez

(10) AGENCY: U.S. Secret Service   (11) PHONE #: 305-629-1800

(12) COMMENTS: _____