0004-0118-0801-J

AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Bertha R. Mitrani  S/A Christopher Caruso, U.S. Secret Service

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

SHAKEISHA BANNER

**WARRANT FOR ARREST**

CASE NUMBER: 00-6019-CR-WJZ

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __SHAKEISHA BANNER__
                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Knowingly, Conspiring to, and actually, uttering and possessing a counterfeit security of an organization, and with knowingly executing and attempting to execute a scheme and artifice to defraud a financial institution,

in violation of Title __18__ United States Code, Section(s) 371, 513(a) and 1344

Lurana S. Snow
Name of Issuing Officer

_Jenny Butler_
Signature of Issuing Officer

Bail fixed at $ 50,000 Corporate Surety Bond

Chief United States Magistrate Judge
Title of Issuing Officer

January 14, 2000 Fort Lauderdale, Florida
Date and Location

by _Lurana S. Snow_, Chief United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |

| DATE RECEIVED<br>1/18/2000 | NAME AND TITLE OF ARRESTING OFFICER<br><br>James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER<br><br>Fred DePompa, SDUSM |
|---|---|---|
| DATE OF ARREST<br>1/14/2000 | FOR:   USSS | |

33

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____SHAKEISHA BANNER_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____UNITED STATES SECRET SERVICE_____

_____