UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6019-CR-Zloch

UNITED STATES OF AMERICA

vs

Shakeisha Banner



ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on   1-24-00  , where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judg assigned to this case. The following information is current as of this date

DEFENDANT:          Address: __SEE BOND__

                   Telephone: _____

DEFENSE COUNSEL:   Name: __David Hodge__

                   Address: _____

                   Telephone: _____

BOND SET/CONTINUED:   $ __Cont'd on bond as set__

Bond hearing held: yes____  no____  Bond hearing set for_____

Dated this __24__ day of __January__, __2000__.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. __00-006__

cc: Clerk for Judge
    U. S. Attorney