U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Shakeisha Banner (B)     CASE NO: 00-6019-CR-Zloch / 00-4005-Snow

AUSA: Bertha Mitrani /Ryan     ATTNY: David Hodge (CJA)

AGENT: ____     VIOL: ____

PROCEEDING: Prelim/Arraignment     BOND REC: ____

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: ____

___ BOND SET @ ____

CO-SIGNATURES: ____

SPECIAL CONDITIONS: ____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ____
11) Travel extended to: ____
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived
Not guilty plea entered

FILED by ___ D.C.
JAN 24 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:     DATE:     TIME:     JUDGE:

INQUIRY RE COUNSEL: ____

PTD/BOND HEARING: ____

PRELIM/ARRAIGN. OR REMOVAL: ____

STATUS CONFERENCE: 2-8-00     11:00AM     SNOW

DATE: 1-24-00     TIME: 11:00am     TAPE # 00-006     PG # 9

1011-1228

46