HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __TYRONICA HILL, etal__    CASE NO: __00-6019-CR-ZLOCH__

AUSA __BERTHA MITRANI / Thompson__ ATTY __RICHARD HERSCH__ pres

pres FPD FOR CRSTAL McGEE; DAVID HODGE, ESQ. FOR SHEKEISHA BANNER;

PAUL McKENNA, ESQ. FOR ANTOINETTE GREENE; GARY KOLLIN, ESQ. FOR LAURENCE

YANCY  disc out today - trial set   M/ due 2-22    Tape 00-007 @ 3250

DEFT __CONOR CLAXTON etal__    CASE NO: __99-6176-CR-FERGUSON(s)__

AUSA pres __STEPHANIE PELL / Scruggs__ ATTY __FRED HADDAD__ pres

FREDERICK MANN pres, ESQ., FOR ANTHONY SMYTH; ALBERT LEVIN, ESQ. FOR SIOBAN

BROWNE; DANIEL McELHATTON, ESQ. MARTIN MULLAN

Brad Dixma stood in   Tape 00-007 @ 3407 008

Motion hearing set for week of March 27

DEFT __JAMES RANDALL CHISOLM__    CASE NO: __99-6221-CR-FERGUSON__

AUSA __LYNN ROSENTHAL / Thompson__ ATTY __FPD__  Lopez for Th. Day   Tape 00-008 @ 436

No pending motions
disc out - trial possible

DEFT __PATRICK BENSON MARTIN__    CASE NO: __97-6128-CR-ZLOCH__

AUSA __ROGER POWELL__ pres    ATTY __BRUCE ALTER__ pres

disc out today
trial set
M/ to continue to be filed
Feb 22 motions due

@ 460

DATE __FEBRUARY 8, 2000__    TIME __11:00__