UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA :

    Plaintiff, :

vs. :

SHAKEISHA BANNER, :

    Defendant. :
_____:

CASE NO. 00-6019-CR-ZLOCH

## MOTION TO CONTINUE

    Defendant Shakeisha Banner, by and through undersigned counsel, respectfully requests this Honorable Court to grant a continuance in this matter and in support thereof says:

    1.    That calendar call is scheduled for February 25, 2000.

    2.    That this is the first time this case has been set for calendar call.

    3.    Undersigned counsel is special set to begin trial February 7, 2000 in the case of *USA v. Kenneth Williams et.al.* 99-125-Cr-Moore. This case is expected to last six weeks.

    4.    Undersigned counsel has discusses a resolution of this case with the government and believes that this case will be resolved by plea.

LOCAL RULE 88.9 CERTIFICATE

    I HEREBY CERTIFY that I attempted to contacted Bertha R. Mitrani, Esq., the AUSA prosecuting this case, by telephone during

1



the after hours of the aforementioned trial.

THEREFORE, Defendant Shakeisha Banner prays this Honorable Court grant this motion to continue trial date.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 10th day of February, 2000 to: Bertha R. Mitrani, Esquire, A.U.S.A., 500 East Broward Blvd., Suite 700 Ft. Lauderdale, Florida 33394; and to Richard Hersch, Esq. 1110 Brickell Ave. Penthouse One, Miami Fl. 33131; Gary Kollin Esq. 7900 Peters Rd., Suite B-100 Ft. Laud. Fl. 33324-4008, Bernardo Lopez, Esq. 101 NE. 3rd Ave. Suite 202, Ft. Laud., Fl., and Paul McKenna, Esq. 2666 Tigertail Ave., Suite 104, Coconut Grove, Fl 33133.

Respectfully submitted,

DAVID P. HODGE
727 Northeast Third Avenue
Suite 100
Fort Lauderdale, Florida 33304
(954) 462-6145
Fax (954) 462-4393

BY: _____
David P. Hodge
FBN 478008

2