UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES



FILED by _____ D.C.

APR 07 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER OO-6019-CR-ZLOCH DATE 4-7-00

CLERK Carline Newby    REPORTER Carl Schanzell

PROBATION    INTERPRETER

UNITED STATES OF AMERICA v. Shekeisha Banner

U. S. ATTORNEY Bertha Mitrani DEFT COUNSEL David Hodge

DEFENDANT: (PRESENT)    NOT PRESENT    (ON BOND)    IN CUSTODY

REASON FOR HEARING Change of Plea to Count 1

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 6-29-00 TIME 9:30 FOR Sentencing

MISC Written Plea Agreement

83