```
                                     UNITED STATES DISTRICT COURT
                                     SOUTHERN DISTRICT OF FLORIDA
UNITED STATES OF AMERICA :
                        :            CASE NO. 00-6019-CR-ZLOCH
    Plaintiff,          :
                        :
vs.                     :
                        :
SHAKEISHA BANNER,       :
                        :
    Defendant.          :
_____:
```



## MOTION TO CONTINUE SENTENCING

Defendant Shakeisha Banner, by and through undersigned counsel, respectfully requests this Honorable Court to grant a continuance of the sentencing in this matter and in support thereof says:

1. That sentencing is set for June 29, 2000.

2. That undersigned counsel is trying to get away with his family from June 24 to July 10, 2000 for a vacation. This vacation involves travel to New York and coordination with other families for visits on two different farms and a trip into the city for a Broadway play.

### LOCAL RULE 88.9 CERTIFICATE

I HEREBY CERTIFY that I contacted Bertha R. Mitrani, Esq., the AUSA prosecuting this case, by telephone and she has no objection to this motion.

1

THEREFORE, Defendant Shakeisha Banner prays this Honorable Court grant this motion to continue her sentencing date.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 14th day of June, 2000 to: Bertha R. Mitrani, Esquire, A.U.S.A., 500 East Broward Blvd., Suite 700 Ft. Lauderdale, Florida 33394.

Respectfully submitted,

DAVID P. HODGE
Northwest Third Avenue
Suite 100
Fort Lauderdale, Florida 33314
(954) 462-6145
Fax (954) 462-4393

BY: _____
David P. Hodge
FBN 476006

2