UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6019-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

        V.                                O R D E R

SHAKEISHA BANNER

    Defendant
_____

THIS MATTER is before the Court upon Motion To Continue Sentencing (filed June 14, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned be and the same is hereby GRANTED. Sentencing is hereby reset to July 21, 2000 at 10:30 AM, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Florida.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of June, 2000.

                                      WILLIAM J. ZLOCH
                                      United States District Judge

cc:
Bertha Mitrani, Esq., AUSA
David Hodge, Esq.
Probation

