UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES


FILED by _____ D.C.
JUL 2 1 2000

CASE NUMBER 00-6018-CR-Zloch  DATE 7-21-00
CLERK Carline Keesley  REPORTER Carl Schanzleh
PROBATION Kathryn Gomez  INTERPRETER _____

UNITED STATES OF AMERICA v. Shakeisha Banner

U. S. ATTORNEY Bertha Mitrani  DEFT COUNSEL David Hodge

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct 1 - ____ 3 yrs Reporting
Prob - $2,633.85 jointly severally - $100 assessment
Restitution - Spec Cond of Prob - Participate
180 days in home detention Program - (See Jac)
JUDGMENT If deported not Re-enter the U.S.
w/o prior approval of AG - Non-Reporting
if deported (see Jac) - Provide complete
access to financial info - Not ment

CASE CONTINUED TO _____ TIME _____ FOR _____
any further debt (see Jac) - Restitution is to
MISC be paid in full during period of Prob -
David Hodge appointed for appeal -
Cts Remaining dismissed

100