# UNITED STATES DISTRICT COURT
## SOUTHERN District of FLORIDA

JUL 21 2000

UNITED STATES OF AMERICA
v.
SHEKEISHA BANNER

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

CASE NUMBER: 00-6019-CR-ZLOCH

DAVID HODGE, ESQ.,
Defendant's Attorney

**THE DEFENDANT:**

[X] pleaded guilty to count(s) _1_

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:371 | conspiracy to make, utter and possess counterfeited and forged securities | 1/2000 | 1 |

The defendant is sentenced as provided in pages 2 through _5_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[X] Count(s) _remaining_ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 10/3/79
Defendant's USM No.: 55144-004
Defendant's Residence Address:
250 West Sample Road #E221
Pompano Beach, FL 33064

Defendant's Mailing Address

Date of Imposition of Judgment: 7/21/00

Signature of Judicial Officer

WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE
Name and Title of Judicial Officer

Date: 7/21/00

TO THE EXTENT NOT OTHERWISE DISPOSED OF HEREIN, ALL PENDING MOTIONS ARE DENIED AS MOOT.

DEFENDANT
CASE NUMBER

## ADDITIONAL FINDINGS AND GUIDELINE APPLICATIONS EXCEPTIONS

No further action required by the U.S. Marshals Service.

James A Tassone
UNITED STATES MARSHAL

Fred DeAnpa SDUSM