UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6019-CR-ZLOCH

UNITED STATES OF AMERICA

V.

SHEKEISHA BANNER

ORDER DISCHARGING BOND



FILED by ____ D.C.

SEP 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the court upon Motion For Disbursement of Bond (filed September 7, 2000) and the Court having carefully considered said motion, having reviewed the court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the bond posted on behalf of defendant in this case is hereby discharged. The Clerk of Court is hereby ordered to disburse the cash bond plus any accrued interest to SHEKEISHA BANNER.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida this _____ day of September, 2000.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:
Kathleen Rice, Esq., AUSA
David Hodge, Esq.
Financial

