# United States District Court

for

## SOUTHERN DISTRICT OF FLORIDA

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: BANNER, Shekeisha          Case Number: 00-6019-CR-ZLOCH

Name of Sentencing Judicial Officer:   The Honorable William J. Zloch, Chief U.S. District Judge, U.S. District Judge, Southern District of Florida, Ft. Lauderdale

Date of Original Sentence: July 21, 2000

Original Offense:   Conspiracy to Make, Utter and Possess Counterfeited and Forged Securities, in violation of 18 U.S.C. § 371, a Class D felony

Original Sentence:  Three years probation, $2,633.85 restitution, $100 special assessment and special conditions as follows: (1) Participate in the Home Detention Electronic Monitoring Program for a period of 180 days at the rate of $4.35 per day or in accordance with her ability to pay as determined by the U.S. Probation Officer; (2) If deported, shall not reenter the United States without the prior express permission of the U.S. Attorney General. Probation shall be non-reporting if resides outside the United States. If reenter the United States within the term of probation, report to nearest U.S. Probation Office within 72 hours;(3) Provide complete access to financial information, including disclosure of all business and personal finances;(4) Shall not incur any further debt, including but not limited to loans, lines of credit or credit card charges, either as a principal or cosignor, as an individual or through any corporate entity, without first obtaining written permission from U.S. Probation Officer; and (5) Restitution is to be paid in full during period of probation imposed.

Type of Supervision: Probation          Date Supervision Commenced: July 21, 2000

Assistant U.S. Attorney:                Defense Attorney:
Bertha R. Mitrani                       David P. Hodge, Esquire
500 East Broward Boulevard, 7th Floor   727 N.E. Third Avenue, Suite 100
Ft. Lauderdale, FL 33394                Ft. Lauderdale, FL 33304
(954) 356-7255                          (954) 462-6145

---

## PETITIONING THE COURT

[XX]  To issue a warrant
[]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:




| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about July 23, 2000, in Broward County, Florida, the probationer was arrested by the Sunrise Police Department and charged with Obtaining Goods with a Counterfeit Credit Card, contrary to Florida Statute 8174813A. |
| 2. | **Violation of Standard Condition,** by failing to notify the U.S. Probation Officer within 72 hours of being arrested or questioned by a law enforcement officer. On or about July 23, 2000, the probationer was arrested by the Sunrise Police Department, Sunrise, Florida, and failed to advise the U.S. Probation Office. |

U.S. Probation Officer Recommendation:

[XX] The term of supervision should be
[XX] revoked.
[ ] extended for _ years, for a total term of _ years.

[ ] The conditions of supervision should be modified as follows:

Respectfully submitted,

by *[signature]*

Brian P. Hassett
U.S. Probation Officer
Date: September 28, 2000

THE COURT ORDERS:

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Submit a Request for Modifying the Conditions or Term of Supervision

*[signature]*
Signature of Judicial Officer

10/3/00
Date