Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 0-05-00

# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs Shekeisha Banner

Docket No. 00-6019-CR-ZLOCH
SD/FL PACTS No. 62447

TO:[1] Any U.S. Marshal

### WARRANT FOR ARREST OF PROBATIONER

You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court.

| NAME OF PROBATIONER<br>Shekeisha Banner | | SEX<br>F | RACE<br>Black | AGE<br>20 |
|---|---|---|---|---|
| ADDRESS (STREET,CITY,STATE)<br>250 West Sample Road, #E221, Pompano Beach, FL | | | | |
| PROBATION IMPOSED BY (NAME OF COURT)<br>U.S. District Court, Southern District of Florida, Ft. Lauderdale, FL | | | DATE IMPOSED<br>July 21, 2000 | |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>The Honorable William J. Zloch, Chief U.S. District Judge, U.S. District Court, Ft. Lauderdale, FL | | | | |
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK | | DATE<br>OCT 05 2000 | |

### RETURN

| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer," or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation," or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

115