# UNITED STATES DISTRICT COURT

for

**SOUTHERN DISTRICT OF FLORIDA**

U.S.A. vs Shekeisha Banner

Docket No. 00-6019-CR-ZLOCH
SD/FL PACTS No. 62447

TO:[1] Any U.S. Marshal

---

## WARRANT FOR ARREST OF PROBATIONER

You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court.

| NAME OF PROBATIONER | SEX | RACE | AGE |
|---|---|---|---|
| Shekeisha Banner | F | Black | 20 |

| ADDRESS (STREET,CITY,STATE) |
|---|
| 250 West Sample Road, #E221, Pompano Beach, FL |

| PROBATION IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. District Court, Southern District of Florida, Ft. Lauderdale, FL | July 21, 2000 |

| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE) |
|---|
| The Honorable William J. Zloch, Chief U.S. District Judge, U.S. District Court, Ft. Lauderdale, FL |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | | OCT 05 2000 |

### RETURN

| | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| Warrant received and executed. | 10/6/2000 | 10/16/2000 |

EXECUTING AGENCY (NAME AND ADDRESS)

U.S. MARSHAL'S SERVICE  299 E. BROWARD BLVD. #312 FORT LAUDERDALE, FL

| NAME | (BY) | DATE |
|---|---|---|
| JAMES TASSONE, USM | Gary L. Grant DUSM | 10/16/2000 |

---

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal," or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation," or "any agent of the Alcohol Tax Unit."

117