# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

FILED OCT 17 2000

| | | | |
|---|---|---|---|
| DEFT: | SHEKEISHA BANNER (J) | CASE NO: | 00-6019-CR-ZLOCH |
| AUSA: | DUTY / Mitrani | ATTY: | Robin Farnsworth |
| AGENT: | USPO BRIAN HASSETT | VIOL: | PROBATION |
| PROCEEDING: | I/A ON VIOLATION OF PROBATION | RECOMMENDED BOND: | ? No bond |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | FPD |
| BOND SET @: | | To be cosigned by: | |

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Advised of violation
sworn for counsel

FPD appt'd

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: + PROB Cause | | | | |
| PTD/BOND HEARING: | 10/20 | 930 | Snow | ✓ |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 10/17/00   TIME: 11:00   FTL/LSS TAPE # 00 - 052   Begin: 1459   End: 1724

118