cr-06019-WJZ    Document 119    Entered on FLSD Docket 10/19/2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6019-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHEKEISHA BANNER,

    Defendant.

_____

### NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daryl E. Wilcox
Assistant
Federal Public Defender
Florida Bar No. 838845
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this **18th** day of October, 2000 to Bertha Mitrani Assistant United States Attorney, Fort Lauderdale, Florida.

_____
Daryl E. Wilcox