UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6019-CR-Zloch

UNITED STATES OF AMERICA

O R D E R

vs

__x__/ Appointing Counsel
_____/ Ratifying Prior Service
_____/ Extending Appointment
        for Appeal
_____/ Substituting Counsel

SHEKEISHA BANNER

_____
(prior counsel)

CHARGE: __probation violation_____
__/Felony          ____/Misdemeanor

Because the above defendant has testified under oath and has otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by Order of this District Court:

Federal Public Defender
101 N. E. 3rd Avenue, Suite 202
Ft. Lauderdale, FL  33301
Phone:  954/356-7436

DONE AND ORDERED at Fort Lauderdale, Florida, this __18th__ day of __October__, 2000. nunc pro tunc 10-17-00

/s/ Lurana S. Snow
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc: AUSA
    FPD
    Pretrial Services