## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | SHEKEISHA BANNER (J) | CASE NO: | 00-6019-CR-ZLOCH |
| AUSA: | BERTHA MITRANI /Kay | ATTY: | FPD – Daryl Wilcox |
| AGENT: | | VIOL: | |
| PROCEEDING: | DETENTION HEARING ON SUPERVISED RELEASE | RECOMMENDED BOND: | DETENTION |
| BOND HEARING HELD - yes /no | | COUNSEL APPOINTED: | |
| BOND SET @: | 50,000 | To be cosigned by: | mother |

FILED OCT 20 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTSB as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ☒ electronic monitoring
- ❏ No firearms.
- ☒ Curfew: 9pm to 6 AM
- ❏ Travel extended to: _____
- ☒ live w/mother, sister
- ❏ Halfway House or boyfriend

follow all lawful instructions of USPO

work, school or church or @ parents otherwise remain @ home.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE:   10-20-00   TIME:   9:30 A.M.   FTL/LSS TAPE # 00 - 655   Begin: 31   End: 358

122