UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6019-CR-ZLOCH



UNITED STATES OF AMERICA

    V.                        NOTICE

SHEKEISHA BANNER

---

**TYPE OF CASE**            CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

---

**PLACE**                              **COURTROOM A**
**299 E. BROWARD BLVD.**       **DATE & TIME:**
**FT. LAUDERDALE, Fl, 33301**  December 7, 2000, at 10:45 AM

---

**FINAL PROBATION VIOLATION HEARING**

---

                                          CLARENCE MADDOX
                                          CLERK OF COURT

                                          BY DEPUTY CLERK

DATE: November 14, 2000

cc:
Bertha Mitrani, Esq., AUSA
Daryl Wilcox, Esq., AFPD
Probation