

FILED by _____ D.C.

DEC 0 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO:   00-6019-CR-ZLOCH**

UNITED STATES OF AMERICA

     **V.**         **NOTICE**

SHEKEISHA BANNER

---

TYPE OF CASE       CRIMINAL

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

---

| | |
|---|---|
| PLACE | COURTROOM A |
| 299 E. BROWARD BLVD. | DATE & TIME: |
| FT. LAUDERDALE, Fl, 33301 | December 18, 2000, at 9:30 AM |

---

**FINAL VIOLATION HEARING - RESET AT REQUEST OF DEFENSE ATTORNEY**

---

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: December 4, 2000


cc:
Bertha Mitrani, Esq., AUSA
Daryl Wilcox, Esq., AFPD
Probation