UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by
DEC 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6019-CR-Zloch  DATE 12-18-00
CLERK Carlene Newby  REPORTER Jerry Myers
PROBATION Brian Hassett  INTERPRETER

UNITED STATES OF AMERICA v. Shekeisha Banner

U. S. ATTORNEY Bertha Mitrani  DEFT COUNSEL Daryl Wilcox

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING DE 114 - Violation of Probation

RESULT OF HEARING Deft admits violations to the Petition (DE 114) - Court finds deft has violated terms of Probation. Court Reinstates Probation - all terms

JUDGMENT & conditions previously imposed are Reimposed - $2,633.85 Restitution $100 assessment - Spec cond's: Deft has until noon 12-31-00

CASE CONTINUED TO ___ TIME ___ FOR
to pay assessment - Noon July 19, 2002
MISC to pay in full Restitution - Upon failure to comply - Violation of Prob -

127