UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6019-CR-ZLOCH

FILED by _____ D.(
DEC 1 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

SHEKEISHA BANNER

ORDER REINSTATING
PROBATION

THIS MATTER came before the Court for Final Violation of Probation Hearing on December 18, 2000.

The Court finds the defendant has violated the conditions of probation as set forth in the petition (DE 114) and the defendant admits same.

IT IS ORDERED AND ADJUDGED that the defendant's Probation is hereby reinstated. The defendant is continued on her present conditions of probation with all the conditions previously imposed and modified to include a special condition that the defendant is to pay the $100 assessment by noon, December 31, 2000 and is to pay the $2,633.85 restitution by noon July 19, 2002. Failure to pay the assessment and restitution as ordered above will result in a violation of Probation.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida this _____ day of December, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Bertha Mitrani, Esq., AUSA
Daryl Wilcox, Esq., AFPD
Probation
Marshal

Date 12-18-00





No further action required by
the U.S. Marshals Service.

UNITED STATES **MARSHAL**

SDUSM