# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

### Report on Offender Under Supervision

Name of Offender: Banner, Shekeisha    Case Number: 00-6019-CR-Zloch

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief U.S. District Judge, U.S. District Court, Fort Lauderdale, Florida

Date of Original Sentence: July 21, 2001

| | |
|---|---|
| Original Offense: | Conspiracy to Make, Utter, and Possess Counterfeited and Forged Securities, in violation of Title 18, U.S.C. § 371, a Class "D" felony. |
| Original Sentence: | Three (3) years probation<br>Special Conditions: (1) participate in the home detention/electronic monitoring program for a period of 180 days at the rate of $4.35 per day or in accordance with her ability to pay as determined by the U.S. Probation Officer; (2) if deported, shall not reenter the U.S. without the prior express permission of the U.S. Attorney General. Probation shall be non-reporting if resides outside the U.S. If reenter the U.S. within the term of probation, report to nearest U.S. Probation Office within 72 hours; (3) provide complete access to financial information including disclosing of all business and personal finances, shall not incur any further debt, including but not limited to loans, lines of credit, or credit card charges either as a principal or co-signer, as an individual or through any corporate entity, without first obtaining the written permission of the U.S. Probation Officer; (4) restitution is to be paid in full during the period of probation imposed, $2,633.85 restitution; $100 special assessment.<br>Supervision was modified on December 18, 2000, to include: (1) the probationer is to pay her $100 assessment by noon, December 31, 2000; and (2) to pay the $2,633.85 restitution by noon, July 19, 2002. Failure to pay the assessment and restitution as ordered above will result in a violation of probation. |

Type of Supervision: Probation    Date Supervision Commenced: July 21, 2000

/29

# NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **VIOLATION OF MANDATORY CONDITION, by failing to satisfy the Court-ordered restitution.** On or about July 21, 2000, a $2,633.85 restitution was imposed to be paid at the direction of the U.S. Probation Officer. On August 11, 2000, the probationer executed a Financial Obligation Agreement to begin making payment of $75 per month, to commence on September 1, 2000, and to date, has failed to comply with the agreement. She is currently six months in arrears in the amount of $485. |

U.S. Probation Officer Action:

The probationer has paid a total of $265 and owes a balance of $2,468.85. Ms. Banner is presently incarcerated in the Broward County Jail due to the fact that she had violated her state probation and was sentenced to 90 days Broward County Jail on July 11, 2001. She is not scheduled to be released until August 27, 2001.

Upon release from incarceration, the U.S. Probation Officer will require the defendant to make monthly payments. If she fails to satisfy the restitution by July 19, 2002, we will be requesting further action with the Court.

Respectfully submitted,

by

John E. Minnelli
U.S. Probation Officer
Phone: (954) 769-5536
Date: July 17, 2001

JEM:cal
Attachments

Reviewed by:
Carolyn M. Gamble, Supervising
U.S. Probation Officer

---

[X] Concur with action(s) taken by the U.S. Probation Officer
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

7/24/01
Date