PROB 12B
SD/FL PACTS No. 62447
(SD/FL 9/96)                    BANNER, Shekeisha

# UNITED STATES DISTRICT COURT

for

**SOUTHERN DISTRICT OF FLORIDA**

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Banner, Shekeisha              Case Number: 00-6019-CR-Zloch

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief U.S. District Judge, U.S. District Court, Fort Lauderdale, Florida

Date of Original Sentence: July 21, 2001

| | |
|---|---|
| Original Offense: | Conspiracy to Make, Utter, and Possess Counterfeited and Forged Securities, in violation of Title 18, U.S.C. § 371, a Class "D" felony. |
| Original Sentence: | Three (3) years probation. Special Conditions: (1) Participate in the Home Detention/Electronic Monitoring Program for a period of 180 days; (2) If deported, shall not re-enter the U.S. without prior express permission of the U.S. Attorney General. Probation shall be non-reporting if resides outside the U.S. If re-enter the U.S. within the term of probation, report to the nearest U.S. Probation Office within 72 hours; (3) Provide complete access to financial information including disclosing of all business and personal finances; (4) Shall not incur any further debt, including but not limited to, loans, lines of credit, or credit card charges either as a principal or co-signer, as an individual or through the corporate entity without first obtaining the written permission of the U.S. Probation Officer. Restitution of $2,633.85 is to be paid in full during the period of supervision imposed, $100 special assessment. 12/18/2000: Modified to include the probationer is to pay $100 assessment by noon, 12/31/2000 and to pay the $2,633.85 restitution by noon, 7/19/2002. Failure to pay the assessment and restitution as ordered above will result in a violation of probation. |

Type of Supervision: Probation              Date Supervision Commenced: July 21, 2000

PROB 12B
SD/FL PACTS No. 62447
(SD/FL 9/96)                              BANNER, Shekeisha

# PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

"The defendant shall perform 50 hours of community service over a period of supervision as directed by the U.S. Probation Office."

# CAUSE

1. **VIOLATION OF STANDARD CONDITION, by leaving the judicial district without first securing the permission of the probation officer.** On or about May 28, 2001, the probationer traveled to Daytona Beach, Florida, without securing the permission of the probation officer or the Court, as evidenced by her admission to U.S. Probation Officer John E. Minnelli that she had traveled to Daytona Beach on or about the above mentioned date.

2. **VIOLATION OF STANDARD CONDITION, by failing to submit a truthful and complete written monthly report.** The probationer's May, 2001 Monthly Supervision Report contained false information regarding monthly income. In that, on or about June 1, 2001, the probationer submitted her May, 2001 Monthly Supervision Report and failed to report an additional $900 income that she had earned from working as a model in Daytona Beach, Florida. Subsequently, the probationer admitted that she failed to submit the above mentioned information.

On October 2, 2001, this writer received a telephone call from a former acquaintance of the probationer. This individual informed this writer that on or about May 26, 2001, she and the defendant had traveled to Daytona Beach, Florida, and received work working as models. On May 3, 2001, the probationer admitted to this writer that she traveled to Daytona Beach, Florida, and received $900 income from working as a model. Since this incident, the defendant has maintained full-time employment and is currently making payments towards her restitution.

This writer is respectfully recommending that the probationer's supervision be modified to include an additional 50 hours of community service work. Further, this writer will be increasing the

PROB 12B
SD/FL PACTS No. 62447
(SD/FL 9/96)                    BANNER, Shekeisha

defendant's monthly restitution payments from $50.00 to $75.00. The probationer was further advised that any future non-compliance will result in revocation proceedings.

                                          Respectfully submitted,

                            by

                                        John E. Minnelli
                                        U.S. Probation Officer
                                        Phone: (954) 769-5535
                                        Date: October 4, 2001

JEM:cal
Attachments

Reviewed by: _____
                Carolyn M. Gamble, Supervising
                U.S. Probation Officer

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

10/9/01
_____
                      Date